```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0107--CR (RRB)
                                  "USA V GLADE R. LUSK ET AL"
                                    DEF 1.1 LUSK, GLADE R.

                 Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/05
               Closed:  NO
   No. of Defendants:  3
       MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  NO
    Needs interpreter:  NO
     Counsel of record: John M. Murtagh
                        Law Office of John M. Murtagh
                        1101 W. 7th Avenue
                        Anchorage, AK 99501
                        907-274-8664
                        FAX 907-258-6419
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Crandon H. Randell
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


   Counts re: DEF 1.1 LUSK, GLADE R.

   Document           Count    Citation and Description                               Disposition
   _____           _____    _____                               _____

       1 -   1 IND      1      21:841(a)(1), (b)(1)(C) POSSESSION OF A CONTROLLED     Pending
                               SUBSTANCE WITH INTENT TO DISTRIBUTE, CAUSING
                               SERIOUS BODILY INJURY AND DEATH (F)

      22 -   1 IND      1      21:841(a)(1)&(b)(1)(C) & 859  DISTRIBUTION OF A        Pending
                               CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 F)

      22 -   1 IND      2      21:841(a)(1)&(b)(1)(C) & 859 DISTRIBUTION OF A         Pending
                               CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0107--CR (RRB)
                            "USA V GLADE R. LUSK ET AL"
                            DEF 2.1 HAWK, THAIRON C.

                Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  11/16/05
           Closed:  NO
No. of Defendants:  3
   MJ Case Number:
              AKA:
  Location status:  U.S. Custody
       Trial date:
       Terminated:  NO
Needs interpreter:  NO
Counsel of record: Hugh W. Fleischer
                   310 K Street, Suite 200
                   Anchorage, AK 99501
                   907-264-6635
                   FAX 907-264-6602
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial



Counts re: DEF 2.1 HAWK, THAIRON C.
```

| Document   | Count | Citation and Description                                         | Disposition |
|------------|-------|------------------------------------------------------------------|-------------|
| 1 -  1 IND | 2     | 18:3   ACCESSORY AFTER THE FACT (F)                              | Pending     |
| 1 -  1 IND | 3     | 18:1503 OBSTRUCTION OF JUSTICE (F)                               | Pending     |
| 1 -  1 IND | 4     | 18:1623 FALSE MATERIAL DECLARATION UNDER OATH TO GRAND JURY (F)  | Pending     |
| 1 -  1 IND | 5     | 18:1001(a)(2) FALSE STATEMENT (F)                                | Pending     |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0107--CR (RRB)
                                    "USA V GLADE R. LUSK ET AL"
                                    DEF 3.1 O'CONNOR, MATTHEW J.

                        Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/05
              Closed:  NO
   No. of Defendants:  3
      MJ Case Number:
                 AKA:
     Location status:  Not specified
          Trial date:
          Terminated:  NO
    Needs interpreter: NO
    Counsel of record: Robert M. Herz
                       425 G Street, Suite 600
                       Anchorage, AK 99501
                       907-277-7171
                       FAX 907-277-0281
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  Crandon H. Randell
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 3.1 O'CONNOR, MATTHEW J.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 22 - 1 IND | 1 | 21:841(a)(1)&(b)(1)(C) & 859  DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 F) | Pending |
| 22 - 1 IND | 2 | 21:841(a)(1)&(b)(1)(C) & 859 DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0107--CR (RRB)
                              "USA V GLADE R. LUSK ET AL"

                                  For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/05
            Closed: NO
No. of Defendants: 3


 Document #   Filed     Docket text
 ──────────────────────────────────────────────────────────────────────────────

     1 -   1  11/16/05  [Re: DEF 1-2] PLF 1 Indictment.

     2 -   1  11/16/05  [Re: DEF 1-2] JDR Grand Jury Minutes. No Bail set. (Detention per
                        18:3142). Set for arraignment and notify the USM.  In Custody, ACCE.

  NOTE -   1  11/17/05  Notation: Proposed trial date setting for arraignment forwarded to
                        chambers re: D2.

     3 -   1  11/17/05  [Re: DEF 2] Documents 2-8 transferred from: A05-0209 MJ (JDR) TO
                        A05-0107 CR (RRB).

     4 -   1  11/17/05  [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                        on Indictment/Bail Hearing (held 11/17/05); Defendant plead Not Guilty
                        to Counts 2, 3, 4, & 5 of the Indictment; Defendant detained; ptm's due
                        12/05/05; meet and confer 11/22/05.  CC: USA, H. Fleischer, USM, USPO,
                        Judge Beistline.

     5 -   1  11/17/05  [Re: DEF 2] JDR Order regarding preparation for trial; ptms due
                        12/05/05; meet and confer 11/22/05.  CC: USA, H. Fleischer.

     6 -   1  11/17/05  [Re: DEF 2] JDR Order of Detention Pending Trial. CC: USA, H. Fleischer,
                        USM, USPO.

     7 -   1  11/17/05  [Re: DEF 2] CJA appointment of H. Fleischer.

  NOTE -   2  11/18/05  Notation: Proposed trial date setting for arraignment forwarded to
                        chambers.

     8 -   1  11/18/05  [Re: DEF 1] JDR Minute Order arraignment is set for 11/21/05 at 1:30
                        a.m. in courtroom #6.  cc: AUSA, J. MURTAGH, USM, USPO

     9 -   1  11/18/05  [Re: DEF 1-2] PLF 1 motion for Rule 13 joint trial.

    11 -   1  11/21/05  DEF 2 joinder to [Re: DEF 1-2] PLF 1 motion for Rule 13 joint trial
                        (9-1).

    15 -   1  11/21/05  DEF 1 Attorney Appearance of John Murtagh.

    10 -   1  11/22/05  [Re: DEF 1-2] RRB Minute Order setting stat hrg on 11/23/05 @ 9:00 a.m..
                        cc: USA, J. Murtagh, H. Fleischer, USM, USPO

    12 -   1  11/23/05  [Re: DEF 1-2] RRB Court Minutes [ECR: Linda Christensen] re Status Hrg
                        (held 11/23/05); plf mot at dkt 13 granted; defs 1-2 joinder granted;
                        TBJ in case A05-0052 CR(JWS) vacated; crt to confer w/Judge Sedwick;
                        order to be issued advising cnsl of name of trial judge, new trial date
                        in Jan 2006, and date set for FPTC.  cc:  USA, J. Murtagh, H. Fleischer,
                        R. Herz, MJ Roberts, USM, USPO

    13 -   1  11/23/05  DEF 1 Financial Affidavit.


ACRS: R_RDSDX                As of 12/01/05 at 2:55 PM by GARRY                         Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0107--CR (RRB)
                              "USA V GLADE R. LUSK ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 11/28/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 11/21/05); J. Murtagh accepted appt; plea not guilty to Ct 1 of the Indt; def detained; ptm's due 12/5/05, meet and confer by 11/21/05; cc: USA, FPD-CJA, USM, USPO, Judge Beistline. |
| 16 - 1 | 11/29/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, J. Murtagh, USM, USPO |
| 17 - 1 | 11/29/05 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 11/21/05; PTM's due 12/5/05. cc: USA, J. Murtagh |
| 18 - 1 | 11/29/05 | DEF 1 CJA appointment of John M. Murtagh. |
| 19 - 1 | 11/29/05 | DEF 2 CJA appointment of Hugh Fleischer. |
| 20 - 1 | 11/30/05 | [Re: DEF 1-3] RRB Minute Order case A05-052 CR (JWS) and A05-0107 CR (RRB) are joined. All future filings will be made in A05-0107 CR (RRB). The request for continuance of trial in case A05-052 CR (JWS) is granted and the matter is assigned to Judge Beistline. The trial is now set for 1/17/06 and the FPTC is set for 1/12/06 at 8:45 a.m. in Courtroom #2. cc: AUSA, J. MURTAGH, H. FLEISCHER, R. HERZ, USM, USPO, JC |
| 21 - 1 | 11/30/05 | [Re: DEF 1-3] Clerk's Notice in light of dkt 20, a certified copy of the Indictment in case A05-0052 CR is being filed in case A05-107 CR. cc: AUSA, J. MURTAGH, H. FLEISCHER, R. HERZ, USM, USPO, MJ ROBERTS |
| 22 - 1 | 11/30/05 | (CERTIFIED COPY) [Re: DEF 1-3] PLF 1 Indictment From Case A05-0052 CR (JWS). |