

TIMOTHY M. BURGESS
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: 907/271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-107 CR (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Response to** |
| v. | ) | **Motion to Sever** |
| | ) | **Defendants:** *Bruton* |
| GLADE LUSK, and | ) | |
| THAIRON C. HAWK, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States of America, by and through counsel, and submits this Response to defendant Lusk's Motion to Sever Defendants: *Bruton*.

On Monday, December 7, 2005, defendant Hawk pleaded guilty to Count 2 of this Indictment. Under a Plea Agreement filed under seal the government has

29

agree to dismiss Counts 3 and 4 of the Indictment at the time of Imposition of Sentence. The December 7th proceeding, therefore, leaves only Count 1 remaining, and Count 1 names Glade Lusk only. It would thus appear that this motion is moot.

Respectfully Submitted this 10th day of December, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

*/s/ Crandon Randell*
CRANDON RANDELL
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record onDecember 8, 2005, via:

    ( ) Facsimile Transmission
    (X) U.S. Mail
    ( ) Hand Delivery

Hugh Fleischer
310 K St., Suite 200
Anchorage, AK 99501

John M. Murtaugh, Esq.
1101 W. 7th Avenue
Anchorage, Alaska 99501


Executed at Anchorage, Alaska, on December 8, 2005

_____
Office of the U.S. Attorney