TIMOTHY M. BURGESS
United States Attorney

THOMAS C. BRADLEY
CRANDON RANDELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
Room C-253, 222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 1:33

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLADE LUSK, and )<br>MATTHEW J. O'CONNOR, )<br>)<br>Defendants. )<br>_____) | A05-107-01 CR (RRB/JDR)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND TIME TO SUBMIT RESPONSES TO MOTIONS** |

       COMES NOW the United States of America, by and through counsel, and hereby moves the court, on shortened time, for an Extension of Time to submit responses to defendant's motions. This motion is unopposed.

/ / / /

/ / / /

/ / / /

31

This motion is accompanied by a Memorandum in support.

DATED this 12th day of December, 2005.

TIMOTHY M. BURGESS
United States Attorney

*/s/ Crandon Randell*
CRANDON RANDELL
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record onDecember 12, 2005, via:

    ( ) Facsimile Transmission
    (X) U.S. Mail
    ( ) Hand Delivery

Hugh Fleischer
310 K St., Suite 200
Anchorage, AK 99501

John M. Murtaugh, Esq.
1101 W. 7th Avenue
Anchorage, Alaska 99501


Executed at Anchorage, Alaska, on December 12, 2005

_____
Office of the U.S. Attorney

TIMOTHY M. BURGESS
United States Attorney

THOMAS C. BRADLEY
CRANDON RANDELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
Room C-253, 222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GLADE LUSK, and<br>MATTHEW J. O'CONNOR,<br><br>    Defendants. | A05-107-01 CR (RRB/JDR)<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO SUBMIT RESPONSES TO MOTIONS** |

COMES NOW the United States of America, by and through counsel, and hereby submits this Memorandum, on shortened time, in support for an Extension of Time to submit responses to defendant's motions.

On December 5, 2005, defendant **Glade Lusk** filed two motions: 1. Motion to Strike "death or physical injury" aspects from the count charging Possession with Intent to Distribute, and 2. Motion to Strike Citation to 21 USC 841(b)(1)(C) from the same

count.[1]

The government, with the concurrence of counsel for Mr. Lusk, requests a one week continuance in the response deadline, until Monday, December 19, 2005. The reason for this request is that the two parties are conducting serious discussions regarding possible resolution of this case, and the current trial date of January 17, 2006, should allow the court sufficient time to rule on the motions should that become necessary.

DATED this 12th day of December, 2005.

TIMOTHY M. BURGESS
United States Attorney

*/s/ Crandon Randell*
CRANDON RANDELL
Assistant U.S. Attorney

---

[1] These motions do not affect Matthew J. O'Connor, who is not named in this particular count.