FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 2: 49

TIMOTHY M. BURGESS
United States Attorney

THOMAS C. BRADLEY
CRANDON RANDELL
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ~~A05-052 CR (JWS)~~ A05-107 CR (RRB) |
| Plaintiff, | AMENDED CERTIFICATE OF SERVICE |
| vs. | |
| GLADE R. LUSK and MATTHEW J. O'CONNOR, | |
| Defendants. | |

I declare under penalty of perjury that a true and correct copy of the

Unopposed Motion on Shortened Time to Extend Time to Submit Responses \\

\\

32

to Motions with attached Memorandum and proposed Order was sent to following counsel via U.S. mail:

Robert Herz, Esq.
Law Offices of Robert Herz, P.C
425 G Street, Suite 600
Anchorage, Alaska 99501

John M. Murtaugh, Esq.
1101 W. 7th Avenue
Anchorage, Alaska 99501

RESPECTFULLY SUBMITTED this December 12, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

JO ANN M<sup>C</sup>CRACKEN
Paralegal for
CRANDON RANDELL
Assistant U. S. Attorney