LODGED

DEC 1 2 2005

TIMOTHY M. BURGESS
United States Attorney

THOMAS C. BRADLEY
CRANDON RANDELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
Room C-253, 222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071

**FILED**

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>GLADE LUSK, and )<br>MATTHEW J. O'CONNOR, )<br><br>Defendants. ) | A05-107-01 CR (RRB/JDR)<br><br><br>**ORDER** |

After review of the Unopposed Motion on Shortened Time, IT IS HEREBY

GRANTED/~~DENIED~~. The deadline for submission of Responses to defendant Lusk's

motions is hereby extended until COB, December 19, 2005.

DATED this _13th_ day of December, 2005.

JOHN D. ROBERTS
U.S. Magistrate Judge

A05-0107--CR (RRB)
J. MURTAGH (MURTAGH)   12/13/05
C. RANDELL (US ATTY)

33