LODGED
DEC 19 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED
DEC 20 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| Vs. | ) |
| GLADE LUSK, and, THAIRON C. HAWK, Defendants. | ) |

Case No. ~~A05-0052 CR. (RRB)~~   A05-107 CR (RRB)

ORDER GRANTING
MOTION TO WITHDRAW PENDING MOTIONS
WITHOUT PREJUDICE DUE TO NEAR
COMPLETION OF PLEA NEGOTIATIONS

Based upon the foregoing pleading, the stated position of the United States, the record in this case, and for good cause shown, the MOTION TO WITHDRAW PENDING MOTIONS WITHOUT PREJUDICE DUE TO NEARCOMPLETION OF PLEA NEGOTIATIONS is GRANTED.

Dated at Anchorage, Alaska this 19th day of December, 2005.

By the Court

John D. Roberts
United States Magistrate Judge

JOHN M. MURTAGH
ATTORNEY AT LAW
1101 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-8664

A05-0107--CR (RRB)   12-20-05

J. MURTAGH (MURTAGH)
C. RANDELL (US ATTY)
JUDGE BEISTLINE

35