# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### USA    v.   GLADE LUSK

DATE:    December 30, 2005    CASE NO.    A05-0107 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
RESCHEDULING HEARING**

———————————————————————————————————

The final pretrial conference scheduled in this matter
for January 12, 2006, is **rescheduled** and will be held on **Wednesday,
January 11, 2006, at 10:30 a.m.**, in Courtroom 2.