DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax: (907) 271-1500
Email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:05-cr-107-RRB |
| | ) |
| Plaintiff, | ) **ORDER TO DISMISS** |
| | ) |
| vs. | ) |
| | ) |
| GLADE R. LUSK | ) |
| | ) |
| Defendant. | ) |
| | ) |

After careful consideration of the government's motion to dismiss the charges in Case No. 3:05-cr-107-RRB, that motion is GRANTED/DENIED.

_____    _____
Date                                                      United States District Judge