Judge Beistline
Alaska State Court System

RE: Glade Lusk

My name is Angie Whitinger I have lived in Alaska all my life, I have two children my daughter is 15 years old and my son is 12 years old. I was married for 9 years. I grew up in Southeast Alaska and while I was married I lived in different logging camps all over Alaska. I have lived in Anchorage for the last 9 ½ years since I have been divorced. I bought my own home 6 years ago in East Anchorage for my kids and I. I have worked in several different industries in Anchorage since I moved here. I first worked in retail sales while going to school at night after I graduated from Charter College for office accounting I went to work for the Sheraton Hotel doing the payroll for a year then I moved on to GTE Alaska and Alaska Power and Telephone working as an office assistant. I started working part time as a server about 5 years ago at night and on weekends, and then I went full time as a server/bartender 2 ½ years ago at F Street Station. That is how I met Glade Lusk about a year ago when he came to work at F Street Station.

From the first time I met Glade I felt very comfortable with him he is a very polite and respectful honest person. He worked as our kitchen help and our bouncer at night he was always looking out for us (the girls) and made sure that we were safe at work and at night when we where walking to our cars. He was always a hard working person he worked at another restaurant during the day where he would some times work a split shift (working during the lunch and then the dinner shift) there and then when he got off work he would come over to work at F Street as our bouncer until closing. The people that would come in to visit with him were all good natured people also and easy going and polite just like Glade. He is a very easy person to like always happy and a positive person. He is someone you can count on to be at work and if you needed anything.

For his age I thought that he was very responsible I could tell that he has lead a very full life for his age but I could also tell he had learned from his experiences. He took good care of himself worked hard and he always looked nice and his family and friends mean a lot to him. Those are all the things a mom would be proud of you don't find that in too many young adults these days.

I do understand the serious crime that Glade has been convicted of and that someone died as a result of it.

From working and being friends with Glade I know that he would never do anything to