Glade even though he knew that someday he would be going to court for what happened he still worked hard and was being very responsible by holding not one but two jobs to take care of himself. He has shown that he choose to show he is a good person and would work hard to not make the same mistakes he did not have any prior and has not had any other incidents with drugs.

I know that Glade has to do time for what happened. I just want to let you know that the Glade I know is not the one the papers have made him out to be. He is someone I would trust with my own kids and he has learned from this incident. He is not someone who sells drugs as living. He was young then too not even 20 yet. There were a lot of bad choices made that night and it ended up in a very unhappy event.

Thank you for taking the time to read my letter.

Sincerely,

Angie Whitinger