Dear Judge Beistline,

I am writing on behalf of my nephew, Glade Lusk.

Over the years that I have known Glade, I have found him to be sensitive to other peoples needs and genuinely concerned for their welfare.

So I was very suprised and saddened to hear that he was implicated in a tragic and senseless death.

I suspect that it never occured to him that his actions might lead to a fatality. But, since it did, I believe he he has enough character to accept responsibility for his lapse in judgement.

Since he will still be a relatively young man when he finishes his incarceration, I hope he will be placed in a facility that will give him a foundation for a useful and productive remainder of his life.

Thank you for considering not only the gravity of the situation at hand, but also this young man's potential to ultimately make a positive contribution.

Sincerely,

Chad Lusk