11/25/06



**Champaine Enterprises**
5300 Stripes Ave., Salcha, Alaska 99714
phone: 907-488-3087
fax: 907-488-7995

To: Judge Beistline

re: Sentencing Glade Lusk

Dear Sir:

I am writing to express my feelings in regaurd to the tragic crime that Glade Lusk has been convicted of.

I sir have a daughter and the thought of loosing her, as has been the result of this crime, I can only imagine. As I write this all I can think is that someone has lost their little girl.

I have been an Alaska resident since 1968 I own and operate a small successful business since 1979. During the years of running my business in the Fairbanks area I have

*Since 1979*

*www.champainefreezedry.com*