

Champaine Enterprises
5300 Stripes Ave., Salcha, Alaska 99714
phone: 907-488-3087
fax: 907-488-7995

become close friends with the Lusk family. Both Glade and his father have helped out as neighbors and at time part time employees.

I have known Glade Lusk since 1987, when he as a young lad was a very polite and energetic helper for me as I was a sled dog racer in Anchorage.

As company in our home Glade was always polite, helpful, and interesting in conversation.

Having raised my daughter in Alaska, and observing the impact of the needless

Since 1979
www.champainefreezedry.com