

**Champaine Enterprises**
5300 Stripes Ave., Salcha, Alaska 99714
phone: 907-488-3087
fax: 907-488-7995

and deplorable crime that certinatly deser[ves]
the sentencing handed down I can only
hope that the time Glade Lusk is require[d]
to spend will in some way benefit both
society and himself upon his return.
You sir have a very difficult job I o[nly]
hope that somewhere along the line you
can see the good side of Glad Lusk as I
remember him and his family.

Thank you for your time

Charles J. Champa[ine]

Since 1979
www.champainefreezedry.com