John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant Glade Lusk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| GLADE LUSK, | ) |
| Defendants. | ) |
| _____ | ) |

Case No. 3:05-CR-0010701 (RRB)

SUPPLEMENT TO SENTENCING MEMORANDUM

COMES NOW, Glade Lusk, defendant herein, by and through his attorney, John M. Murtagh, and hereby provides this Court with his supplement to his sentencing memorandum.

This was necessitated by the apparent technical inability for counsel to attach all the character letters to the initial memorandum. That matter is being discussed with ECF/CM staff.

Dated at Anchorage, Alaska this 5th day of May, 2006.

                                                  S/JOHN MURTAGH

                                                  John M. Murtagh

                                                  1101 West 7th Avenue

                                                  Anchorage, Alaska 99501

                                                  Phone (907)-274-8664

                                                  Fax (907)- 258-6419

                                                  Email: jmmalaska@hotmail.com

                                                  Bar# 7610119

                                                  Counsel for Glade Lusk

CERTIFICATE OF SERVICE
this is to certify that service of this pleading was accomplished via electronic case filing notice
on the  Office of the
United States Attorney on the
5th day of May, 2006

s/John Murtagh