Charles Kasmire
1706 Fremont Ct. #4
Davis, California, 95616

Feb. 13, 2006

To Judge Beistline,

My name is Charles Kasmire. I am Glade Lusk's uncle (his mothers brother). Nancy (Glades mother) and I were very close. When Nancy was first diagnosed with breast cancer she called me and asked if my wife and I would be willing to raise Glade and Shannon (her daughter) if she were to die before they were grown. I told her yes though as things worked out she survived long enough to see them grown. I never spent long periods of time with them as they lived so far away but I did see them periodically from the time they were very young until recently. Nancy and I corresponded regularly and when she came down here (California) as her disease worsened, we spent a great deal of time together until her death two years ago.

Glade has found himself involved in a serious crime, and a young woman is dead. That being said, I know Glade to be a gentle person, not driven by anger or greed. I also know that he tends to not think things through very well. I remember him snowboarding off the roof of his house when he was around twelve or thirteen and skateboarding at night while holding onto the bumper of a car (that almost got him killed) only a few years ago.

Glade is a naive young man who has now gotten himself into a lot of trouble – not out of any desire to take advantage of or hurt anyone but out of a desire perhaps to fit in with his friends and be accepted or just because he could not imagine anything bad happening as a result of what he or his friends were doing. At least, that is my own sense from being around him and conversations with his mother.

I know he looks imposing with his size, tattoos and bald head but he isn't – he just isn't. He is a gentle and naive kid that screwed up. That's about all I can say. Thank you for taking the time to consider my feelings on this issue.

Sincerely,

*Charles Kasmire* (signature)