January 24, 2006
Davis, California

Honorable Judge Ralph Beistline
U.S. District Court for the
District of Alaska

Dear Sir:

My name is Evelyn Kasmire and I am the maternal grand-mother of Glade Lusk. I am 82, divorced, and I live in Davis, California (my home since 1957). I have never lived in Alaska but I have visited off and on since Glade was born and, in fact, was present at his birth there.

I was employed for 21 years in the Department of English at the University of California at Davis. I retired from my position as Administrative Assistant in March, 1986.

During the Vietnam war I was arrested for sitting on the railroad tracks in Davis during an anti-war protest. Along with several hundred UCD students, I was doing my part to stop the transport of war materials through my community. (We were highly successful for several hours!) I was sentenced to and served two weekends of community service.

Through conversations with Glade's brother, Eli, and through newspaper articles sent to me, I am aware of the charges against Glade. It is my understanding that he supplied a drug which was then given to the victim by two other young men The death of the young woman will no doubt haunt everyone involved for the rest of their lives. Such a tragedy.

For the past two years Glade has worked at one job, and at times, two, and it is my understanding that he has behaved responsibly. I feel he will, indeed, follow the conditions set forth by the Court and be a law-abiding citizen in the future.

Glade has always been kind and respectful towards me. It is not his nature to be mean or cruel. In speaking to friends about my grandchildren I have sometimes referred to him as a "gentle Giant." I cannot imagine him ever deliberately harming anyone--and I love him dearly.

Sincerely,

*Evelyn Kasmire*
(Mrs.) Evelyn Kasmire

849 Anderson Road
Davis, CA. 95616
(530) 753-5167