

John Murtagh Atty.
1101 W 7th Ave.
Anchorage Alaska 99501

Mr. Murtagh,

    Our family resides in Salcha Alaska near the Lusk home. I first met Glade Lusk about 5 years ago, he quickly became friends with our 2 sons. We found Glade to be a caring individual, always willing to lend a helping hand.
    He would visit with our family, snowboard in the winter with my sons or fish with them during the summer. Glade was always dependable and we've thought of him as a young man of good character.
    Thank you for your consideration of our letter.

        Sincerely,
        Mr. & Mrs. Dan McGrath