January 23, 2006

Honorable Judge
%John Murtagh
1101 W. 7th Avenue
Anchorage, Alaska 99501

RE: Glade R. Lusk

Dear Honorable Judge:

I am writing on behalf of Glade R. Lusk, son of Cole Lusk, who will soon be sentenced in your court. I want to write to you in hopes that when sentencing Glade you see him as a victim of a society where pharmaceutical advertisements are on every channel of the television.

As I sit to watch a movie or a show on T.V. many pharmaceutical companies fill the breaks with advertisements that promise drugs cure all. Some offer stimulation where none exists without too many side effects! This is why our children see drugs as a means of enjoyment rather than a crime.

I am of the opinion that the real problem with Glade's case is a judicial system that relies on laws written by the same politicians that allow pharmaceutical companies to exploit American's.

I am of the opinion that each case involves circumstances beyond our control and should therefore be reviewed and judged as such. I pray everyday for those trapped in a judicial system dependent on laws written by those who allow drugs like Vioxx to be marketed.

We are human beings on this planet. Each of us at one point or another is in the wrong place at the wrong time when something out of our control literally affects our lives forever. Glade is now in that abyss of darkness completely out of his control. He had no intention of causing harm to anyone, just like Merck Pharmaceuticals, yet I do not see the president of Merck Pharmaceuticals on trial for murder.

I hope I am not coming across too strong, it is not my intention. What I am attempting to reflect is that what happened occurred without malice or intent to harm anyone. Glade is a good boy. His father and I have been friends for many years. There is no doubt in my heart that Glade regrets what happened and is very scared right now. His life just beginning possibly faces a dim future. A future you now decide.

When reviewing Glade's case I beg you to put yourself in his youthful mind and find the simple truth. I am positive there was no intent to commit a crime. It was a party where