something went unintentionally terribly wrong; like sitting in a car without a seat belt when the car crashes. We do not know when it is our time to go. It comes often when we least expect it.

I sympathize with the hardship of sentencing such a fine young person as Glade Lusk. Your job isn't an easy one and I pray you find time to get to know Glade for the fine young man he really is and realize that he too is a victim of a judicial system that is behind times. I believe strongly that for non-violent crimes rehabilitation is a better solution than criminalization for the future of our society.

You are in my prayers.

Sincerely,

Barbara O'Meara