David A. Rourke
2409 McRae Road 9
Anchorage, Alaska
99517
Home (907)-248-2485
Work (907)-272-5196
Cell (907)-764-7326
Email d-rourke@ak.net

January 21, 2006

To whom it may concern:
I have been an employee of 'F' Street Station for over seven years. I am a single father with two boys, ages fifteen and seven. Although I do not have legal custody of the younger child, he lives primarily with me, five or more days each week. I have been convicted of two DUI charges in the state of Alaska. Both of these offences are now over ten years prior, and I have since had not even one license action.

My aquaintance with Glade Lusk began through his brother Eli. I have had the pleasure of knowing and working with Eli for five years. Throughout 2005 Glade was a Doorman at 'F' Street Station, and would often come in for lunch after finishing his shift at Sullivan's Steakhouse. It is the strict policy of 'F' Street Station that "no employee will do anything physical to any client at any time for any reason". Glade Lusk is remarkably well equipped for such a task, with his even temperment. The only complaint I have ever heard about Glade was from another Doorman, who stated "All the girls go straight to Glade and give him a hug. They won't even talk to me."

I cannot imagine anything more devastating than the loss of one of my children. The crew at 'F' Street has been following the public disclosures as presented by The Daily News and we understand the nature of the charges against Glade. I personally feel that Glade would not hasten to blame others for the tragedy that took place. He would accept responsibility for his actions and display good character at all times.

With confidence I speak for all the employees of 'F' Street Station, we welcome Glade back as soon as possible.

Sincerely, David A. Rourke

