Jan 17 06 02:53p     Sasha Ellis                    9076447978              p.

**Sasha Ellis**
**9545 Canton Loop**
**Anchorage, AK 99515**

January 17, 2005

Re: This letter is in reference to Mr. Glade Lusk.

Dear Judge Beistline,

My name is Sasha Ellis and I have had the pleasure of knowing Mr. Lusk for almost two years. I am 29 years old and I have lived in Alaska all of my life. I own a small private investigations business and recently graduated from college with my Master's degree in Counseling and Guidance (emphasis on school counseling K-12). I met Mr. Lusk while working nights at F Street Station, while I was doing my internships and going to school. To give you a little bit of history on about myself and what I can contribute with regards to Mr. Lusk and his current charges and situation. I was a substance abuse counselor for three years before obtaining Master's degree. During my counseling experience I obtained a license from the State of Alaska and hold my Chemical Dependency Counselor I certificate. I have also worked for the Alaska Women's Resource Center doing assessments for the Office of Children's Services and for ASAP. I worked at Akeela Inc. and for the Salvation Army on a grant project in which I reunited families involved with OCS and supervised visitations for them as well. I consider myself and upstanding citizen and a good judge of character. I belong to many upstanding organizations and have ample experience dealing with troubled people and people who are criminals. I have worked with many diverse people in my career since I graduated with my psychology degree in 2001. I have never been charged with any crimes and have held a Top Security Government clearance from a former position I held with the United States Department of Treasury and Secret Service.

I just want to start off by stating that it is a known fact that all youths that come from broken homes are considered "at risk youths". When this incident occurred I do not believe that Mr. Lusk had a stable asset framework established. Resiliency only comes from this network, and those without it become at risk or misguided youth. I do not believe that if Mr. Lusk would have had the network of loving friends and family that he does now, he would in fact be in the situation that he is in. I believe that Mr. Lusk realized after the incident, that he needed to change his life. In changing his friends and environment he obtained all of the necessary internal and external assets that he needed to become a better person. I believe as most psychologists do, that people are products of their environment and Mr. Lusk changed everything about his life. I have worked with many addicts, murders, child abusers, sexual predators, etc., and I know what bad people are and what they do. I do not believe that Mr. Lusk is one of them.