Sasha Ellis
9545 Canton Loop
Anchorage, AK 99515

with him for over a year and he was a dedicated hard worker in my opinion. He worked the door and sometimes worked in the kitchen at F Street Station. For most 21 year olds this would have been enough, however he also worked as a Busser at Sullivan's Steak House. Sometimes Glade came to work after bussing tables all day at Sullivan's and worked until 3am at F Street. I do not believe that Mr. Lusk is a violent person and would ever intentionally hurt anyone. Mr. Lusk may have been involved in drugs, however this not an uncommon problem in Alaska. Drugs are a perpetual problem in Alaska and the issues and crimes that it encompasses cannot be eradicated by putting people in jail. This is evident by the treatment programs that the state currently has in the jail system and the drug and alcohol court programs. As you probably know the rate of recidivism in Alaska is astronomical and the state is not winning the battle against drugs by merely sending people to jail. The only way to win the battle against drugs and addiction is to change the way a person thinks, and Mr. Lusk did this himself without treatment or jail.

Mr. Lusk broke up many fights at F Street and never raised a hand to anyone that was trying to hit him or cause him harm. In many of the fights Mr. Lusk had to escort drunken people out of the establishment, who defiantly provoked Mr. Lusk. This says a lot about a person in my opinion. He is a loving, friendly, caring, and honest person. There are many people who deserve to spend 13 years in prison, but in my opinion Mr. Lusk isn't one of them. I think that for a 21 year old he was doing a very good job of becoming an upstanding citizen. He really wanted to be a better person and was realizing that drugs and alcohol only hold people back from what they can be. Glade is the kind of person that would give you his last 5 dollars or would give you the shirt off of his back. He walked me to my car many nights when it was dark and dangerous to be out alone downtown. He never acted like anything but a gentleman to me or to any of the girls who work at F Street Station. He is loved by not only the people who work there, but by the many patrons who are very sad and disappointed that he no longer works there.

I am asking you to please have mercy on Mr. Lusk because he was young and did not have the guidance and proper network of people to look up to. He has that now, and I am asking you to go easy on him. Thank you very much for taking the time to read my letter and for letting me tell you about a great person who made a mistake that he is very sorry for and will have to pay the price to set an example for others who are misguided as well.

Sincerely,

Sasha Ellis