January 29, 2006

Honorable Judge Beistline
% John Murtagh
1101 West Seventh Avenue
Anchorage, Alaska 99501

RE:   Glade Lusk

Dear Honorable Judge Beistline:

My name is Joseph M. Sesto. I came to Alaska with the U.S. Army in 1969. Upon separation from active duty I finished my AA degree in California then returned to Alaska where I've resided ever since. I have been employed with Fountainhead Development Corp. for the past 6 ½ years. Prior to that I was a carpenter for a number of years and worked with Glades father Cole Lusk on several projects. I've known Glade since he was a baby, as my son and he are the same age and for some years Glade's parents and I shared babysitting duties with each other in Anchorage.

I am aware that Glade has been convicted of a serious crime. I'm sure he, too, is aware of his transgression and knows he is facing severe penalties. I'm also sure that, in the proper environment, Glade will get through this and return as a productive and law abiding citizen.

I want you to know that Glade is a good guy. He is fun and very good natured. I have no doubt Glade is filled with regret and has learned a very difficult lesson the hard way.

I hope when you sentence Glade that you keep in mind he is loved by family and friends. We are all hopeful that some good comes from all of this. Perhaps Glade will have an opportunity to share his experience with others to help save them from a fate such as his. Or maybe Glade can learn a trade or some other productive endeavor enhancing his return to society in a more positive way.

I hope you take the time to get to know Glade before sentencing him so you can come to know the good hearted kid I have known him to be.

Thank you for your time

Sincerely,

Joseph M. Sesto