Jeffery M. Signorino
E 7531 Bearfoot cir. #3
Anchorage, AK 99507
(907)-744-0314
Email lilsiggy@hotmail.com

January 26, 2006

To Whom it may concern:
My name is Jeffery Signorino and I have lived in Alaska for 22 years. I work at North Star Electric. I have been a electrician for almost 2 years now. I have no criminal history. I have known Glade Lusk for almost 7 years, He is my cousin's brother in law. I know Glade has been convicted of a serious crime but in the time I have known Glade I have never seen him mad, he has a very calm disposition . I can't picture Glade ever hurting someone intentionally. He is a very mellow person, and very well mannered. I think people make mistakes in there life, and I do believe that he has learned from his mistakes and Will benefit the community upon his release. Which myself and many others look forward to.

Jeffery Signorino